# EXHIBIT 1



**CT Corporation**
Service of Process Notification
07/29/2022
CT Log Number 542016620

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Kentucky**

**FOR:** Wal-Mart Stores East, LP  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: COX WILMA DIAN // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet |
| **COURT/AGENCY:** | Warren County, Circuit Court of Kentucky, KY<br>Case # 22CI00812 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/29/2021 - Wal-Mart store located at 1201 Morgantown Road, Bowling Green, KY 4210 |
| **PROCESS SERVED ON:** | C T Corporation System, Frankfort, KY |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 07/29/2022 postmarked on 07/26/2022 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day of delivery |
| **ATTORNEY(S)/SENDER(S):** | DAVID F. BRODERICK<br>BRODERICK & DAVENPORT, PLLC<br>921 College Street - Phoenix Place<br>Post Office Box 3100<br>Bowling Green, KY 42102-3100<br>270-782-6700 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2022, Expected Purge Date: 08/09/2022<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
07/29/2022
CT Log Number 542016620

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Brandi Duvall, Warren Circuit Clerk
1001 Center Street, Suite 102
Bowling Green, KY 42101-2184

Case Number: 22-CI-00812



USPS CERTIFIED MAIL

9236 0901 9403 8384 2136 05

Restricted Delivery
CT CORPORATION SYSTEM
306 W MAIN STREET, SUITE 512
FRANKFORT, KY 40601

CERTIFIED MAIL®
United States Postal Service®

NEOPOST
07/26/2022
US POSTAGE $013.16⁰
ZIP 40601
041M11456493

| AOC-E-105　　Sum Code: CI | | Case #: **22-CI-00812** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice　Courts.ky.gov | | County: **WARREN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **COX, WILMA DIAN VS. WALMART, INC. ET AL**, *Defendant*

TO:　**CT CORPORATION SYSTEM**
　　　**306 W MAIN STREET, SUITE 512**
　　　**FRANKFORT, KY 40601**

Memo: Related party is WAL-MART STORES EAST, LIMITED PARTNERSHIP

The Commonwealth of Kentucky to Defendant:
**WAL-MART STORES EAST, LIMITED PARTNERSHIP**

　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

　　　　　　　　　　　　　　　　　　/s/ Brandi Duvall, Warren
　　　　　　　　　　　　　　　　　　Circuit Clerk
　　　　　　　　　　　　　　　　　　Date: **7/26/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　To: _____

☐ Not Served because: _____

Date: _____, 20_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Title



COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION NO. \_\_\_\_
CIVIL ACTION NO. 22-CI-_____
*(FILED ELECTRONICALLY)*

WILMA DIAN COX                                                      PLAINTIFF

v.                          **COMPLAINT**

WALMART, INC.;
    **Please serve:** CT Corporation System
                      306 West Main Street, Suite 512
                      Frankfort, KY 40601

WAL-MART STORES, INC.;
    **Please serve:** CT Corporation System
                      306 West Main Street, Suite 512
                      Frankfort, KY 40601

WAL-MART STORES EAST,
LIMITED PARTNERSHIP;
    **Please serve:** CT Corporation System
                      306 West Main Street, Suite 512
                      Frankfort, KY 40601

and

WAL-MART REAL
ESTATE BUSINESS TRUST
    **Please serve:** CT Corporation System
                      Kentucky Home Life Bldg.
                      Louisville, KY 40202                             DEFENDANTS

*** *** *** *** ***

Comes now the Plaintiff, Wilma Dian Cox, by and through counsel, and for her Complaint against the Defendants, Walmart, Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Real Estate Business Trust, and state as follows:

1



## PARTIES

1. At all times pertinent hereto, the Plaintiff, Wilma Dian Cox, was a citizen and resident of Warren County, Kentucky, residing at 2417 Russellville Road, Bowling Green, Kentucky 42101, and is an individual over the age of eighteen (18).

2. At all times material hereto, the Defendant, Walmart, Inc., was a Kentucky Limited Foreign Corporation licensed to do business within the Commonwealth of Kentucky, with its principal office located at 702 SW 8th Street, Benton, AR 72716 and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. At all times material hereto, the Defendant, Walmart Stores, Inc., was a Kentucky Limited Foreign Corporation licensed to do business within the Commonwealth of Kentucky, with its principal office located at 702 SW 8th Street, Benton, AR 72716 and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

4. At all times material hereto, the Defendant, Wal-Mart Stores East, Limited Partnership was a Foreign ULPA Limited Partnership licensed to do business within the Commonwealth of Kentucky, with its principal office located at 702 SW 8th Street, Benton, AR 72716 and its Agent for Service of Process being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

5. At all times material hereto, the Defendant, Wal-Mart Real Estate Business Trust was a Foreign Business Trust, registered to do business within the Commonwealth of

Kentucky, with its principal office located at 702 SW 8th Street, Benton, AR 72716 and its Agent for Service of Process being CT Corporation System, Kentucky Home Life Bldg., Louisville, KY 40202.

6. At all times relevant hereto, the Defendants owned, controlled, operated, and/or supervised the Wal-Mart store located at 1201 Morgantown Road, Bowling Green, KY 42104 (hereinafter "premises").

## JURISDICTION AND VENUE

7. The circumstances giving rise to this Complaint took place in Warren County, Kentucky.

8. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Warren County Circuit Court.

9. Warren County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

10. At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

11. On or about July 29, 2021, as a direct and proximate result of the negligent acts and/or omissions of the Defendants, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for her own safety, was injured by a

dangerous condition created and/or not properly maintained by the Defendant, while lawfully and properly on the Defendant's premises. Specifically, the Plaintiff tripped and fell due to a long green bar sticking out from under a fence and onto the sidewalk, said bar not being properly placed and being left in a hazardous condition by Defendants and their employees.

12. At said time and place, the Defendants owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for her safety.

13. The Defendants and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

14. As a direct and proximate result of the negligence and carelessness of the Defendants, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by the Plaintiff resulted in the following damages:

    a. Mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

    b. The power and ability to labor and earn has been temporarily and permanently impaired all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

    c. The expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

    d. Loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter; and

    e. Lost wages in addition to the above-mentioned loss of wage-earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Wilma Diane Cox, demands judgment against the Defendants, Walmart, Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Real Estate Business Trust as follows:

    A. A trial by jury on all issues of fact herein;

    B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

    C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

    D. For the Plaintiff's costs herein expended; and,

    E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by Certified Mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will

result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows: Anthem BlueCross BlueShield, PO Box 105187, Atlanta, GA 30348-5187 and Center for Medicare and Medicaid Services, NGHP, PO Box 138832, Oklahoma City, OK 73113.

Respectfully submitted this _____ day of July, 2022.

> BRODERICK & DAVENPORT, PLLC
> Attorneys at Law
> 921 College Street - Phoenix Place
> Post Office Box 3100
> Bowling Green, KY 42102-3100
> Telephone: (270) 782-6700
> Telefax: (270) 782-6700
>
> _____
> DAVID F. BRODERICK
> BRANDON T. MURLEY

Filed         22-CI-00812         07/26/2022         Brandi Duvall, Warren Circuit Clerk

AOC-104
Rev. 2-21
Page 1 of 1
Doc. Code: CCCS

**Commonwealth of Kentucky
Court of Justice**  www.kycourts.gov

**CIVIL CASE COVER SHEET**

Case No. _____
Court _Circuit_____
County _Warren_____
Division _____

PLAINTIFF/PETITIONER OR IN RE/IN THE INTEREST OF:
WILMA DIANE COX

DEFENDANT/RESPONDENT, if applicable:
WALMART, INC.; and WAL-MART STORES EAST, LIMITED PARTNERSHIP

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF** (a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) _____

**TORT (Injury)**
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)
☒ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH) _____

**REAL PROPERTY**
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**EMPLOYMENT**
☐ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)

**CONSUMER**
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH) _____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH) _____

**MISC CIVIL**
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____