UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CASE NO. 1:22-CV-00135-GNS-HBB

*Electronically Filed*

WILMA DIAN COX                                                                                      PLAINTIFF

v.                                              **NOTICE OF SETTLEMENT**

WALMART, INC., WAL-MART STORES,
INC., WAL-MART STORES
EAST, LIMITED PARTNERSHIP, and
WAL-MART REAL ESTATE BUSINESS
TRUST                                                                                                DEFENDANTS

\* \* \* \* \*

Defendants, Walmart Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Real Estate Business Trust ("Walmart"), by counsel, hereby notify the Court that Plaintiff, Wilma Dian Cox and Walmart reached a settlement on November 22, 2022, for all of Plaintiff's claims against Walmart, arising out of an incident on July 29, 2021. The Parties will file an Agreed Order of Dismissal as soon as the settlement is finalized.

Respectfully submitted,

*/s/ M. Grant Grissom*
CHRISTOPHER R. CASHEN
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
christopher.cashen@dinsmore.com

and

M. GRANT GRISSOM
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202

1

Telephone: (502) 540-2300
grant.grissom@dinsmore.com

*Counsel for Defendants, Walmart Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Real Estate Business Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David F. Broderick
Brandon T. Murley
Broderick & Davenport, PLLC
921 College Street – Phoenix Place
P.O. Box 3100
Bowling Green, KY 42102-3100
*Counsel for Plaintiff*

>*/s/ M. Grant Grissom*
>*Counsel for Defendants*