UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CASE NO. 1:22-CV-00135-GNS-HBB

*Electronically Filed*

WILMA DIAN COX                                                           PLAINTIFF

v.                      **JOINT STATUS REPORT**

WALMART, INC., WAL-MART STORES,
INC., WAL-MART STORES
EAST, LIMITED PARTNERSHIP, and
WAL-MART REAL ESTATE BUSINESS
TRUST                                                      DEFENDANTS

\* \* \* \* \*

Plaintiff, Wilma Dian Cox ("Plaintiff") and Defendants, Walmart Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Real Estate Business Trust ("Walmart"), by counsel, pursuant to the Court's Text Order entered November 22, 2022 [DN 16], provide this Joint Status Report regarding their efforts to consummate their settlement. The parties have been diligently working to finalize the settlement and anticipate that they will be in a position to tender an Agreed Order of Dismissal within the next thirty (30) days.

                                             Respectfully submitted,

                                             */s/ Brandon T. Murley* (with permission)
                                             David F. Broderick
                                             Brandon T. Murley
                                             Broderick & Davenport, PLLC
                                             921 College Street – Phoenix Place
                                             P.O. Box 3100
                                             Bowling Green, KY 42102-3100
                                             *Counsel for Plaintiff*

                                             and

/s/ M. Grant Grissom
CHRISTOPHER R. CASHEN
DINSMORE & SHOHL LLP
100 West Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 425-1000
Facsimile: (859) 425-1099
christopher.cashen@dinsmore.com

and

M. GRANT GRISSOM
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone: (502) 540-2300
grant.grissom@dinsmore.com

*Counsel for Defendants, Walmart Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Limited Partnership, and Wal-Mart Real Estate Business Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David F. Broderick
Brandon T. Murley
Broderick & Davenport, PLLC
921 College Street – Phoenix Place
P.O. Box 3100
Bowling Green, KY 42102-3100
*Counsel for Plaintiff*

/s/ M. Grant Grissom
*Counsel for Defendants*

2